IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

NO. 23-1402
(1:22-cv-01325-AJT-IDD)

C. D., Jr., a minor, by his mother and
next friend, Amber Reel;

      Plaintiff-Appellant,

v.

Steve T. Descano, in his individual capacity,
as Attorney for the Commonwealth for Fairfax
County, Virginia,

      Defendant-Appellee.

### APPELLANT'S MOTION FOR EXTENSION OF BRIEFING DEADLINES

Appellant, by counsel, respectfully moves the court to request an extension of the briefing deadlines, and in support of this Motion, states as follows:

1. The current opening brief is due by August 9, 2023.

2. There is pending litigation in the Fairfax County Circuit Court involving Appellant and Appellee.

3. Although the matter in Fairfax County Circuit Court involves a separate claim, it is related to the overall litigation between the parties.

4. There are pending motions in the Fairfax County Circuit Court that have not been heard because an Order of Recusal was entered on May 24, 2023. Please see attached Order marked as **Appellant's Exhibit 1**.

5. Recently, on July 14, 2023, the Chief Justice of the Supreme Court of Virginia entered an Order designating the Honorable Paul F. Sheridan to preside over the case in Fairfax County Circuit Court. Please see attached Order entered by the Chief Justice of the Supreme Court of Virginia marked as **Appellant's Exhibit 2**.

6. Although the parties recently engaged in mediation, in light of the recent designation of the Honorable Paul F. Sheridan, Appellant respectfully asks to extend the briefing deadlines by eight weeks given that litigation in Fairfax County Circuit Court is soon to resume and to permit the parties to revisit mediation if they wish to do so.

Respectfully submitted,

RAMI ZAHR
EIRENE LAW FIRM, P.L.L.C.
Virginia State Bar No. 94264
131 Park Street, NE
Suite 8-A
Vienna, Virginia 22180
(703) 940-1744 (office)
(703) 940-0043 (fax)
Rami.zahr@eirenelaw.com
Counsel for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2023, I served a copy of Appellant's Motion for Extension of Briefing Deadlines upon the Appellee via ECF filing to:

Alexander Francuzenko, VSB # 36510
Philip C. Krone, VSB # 87723
Thea A. Paolini, VSB # 95925
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: 703.865.7480
Fax: 703.434.3510
alex@cookcraig.com
pkrone@cookcraig.com
tpaolini@cookcraig.com
*Counsel for Defendant-Appellee, CA Descano*

_____
RAMI ZAHR
EIRENE LAW FIRM, P.L.L.C.
Virginia State Bar No. 94264
131 Park Street, NE
Suite 8-A
Vienna, Virginia 22180
(703) 940-1744 (office)
(703) 940-0043 (fax)
Rami.zahr@eirenelaw.com
Counsel for Plaintiff-Appellant